```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 10270
   ELLIOT AUSTIN
   DONNA LATRICE SMITH                         CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7661    SSN XXX-XX-9578


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/24/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 06/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
INDYMACK BANK              NOTICE ONLY     NOT FILED            .00            .00
NATIONAL AUTO FIN          UNSECURED        12148.77            .00            .00
INDYMAC BANK               CURRENT MORTG        .00             .00            .00
GMAC MORTGAGE              CURRENT MORTG        .00             .00            .00
AMERICAN HONDA FINANCE     SECURED NOT I       .00             .00            .00
AMERICAN HONDA FINANCE     UNSECURED      NOT FILED            .00            .00
CHRYSLER FINANCIAL         SECURED NOT I       .00             .00            .00
CHRYSLER FINANCIAL         UNSECURED      NOT FILED            .00            .00
NUVELL CREDIT CO LLC       SECURED NOT I       .00             .00            .00
NUVELL CREDIT CO LLC       UNSECURED      NOT FILED            .00            .00
WASHINGTON MUTUAL BANK     CURRENT MORTG        .00             .00            .00
WASHINGTON MUTUAL HOME L   CURRENT MORTG        .00             .00            .00
WASHINGTON MUTUAL MORTGA   NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED            .00            .00
ANN MEDICAL CENTER SC      UNSECURED      NOT FILED            .00            .00
ASSOCIATED LABORATORY PH   UNSECURED      NOT FILED            .00            .00
AT & T MOBILITY            UNSECURED      NOT FILED            .00            .00
AT&T                       UNSECURED      NOT FILED            .00            .00
BANK OF AMERICA NA         UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED      NOT FILED            .00            .00
CITIFINANCIAL              UNSECURED      NOT FILED            .00            .00
CRETE MONEE SCHOOL DISTR   UNSECURED      NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED      NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED      NOT FILED            .00            .00
GE CONSUMER FINANCE        UNSECURED         567.77            .00            .00
HOME DEPOT CREDIT SERVIC   UNSECURED      NOT FILED            .00            .00
HSBC MASTERCARD            UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPARTMENT OF E   UNSECURED        4095.00            .00            .00
ILLINOIS DEPARTMENT OF H   UNSECURED      NOT FILED            .00            .00
INGALLS MEMORIAL           UNSECURED      NOT FILED            .00            .00
MILE SQUARE HEALTH CENTE   UNSECURED      NOT FILED            .00            .00
QUEST DIAGNOSTIC           UNSECURED      NOT FILED            .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 10270 ELLIOT AUSTIN & DONNA LATRICE SMITH
```

```
SALLIE MAE SERVICING      UNSECURED            .00                      .00           .00
SALLIE MAE SERVICING      NOTICE ONLY   NOT FILED                       .00           .00
SALLIE MAE SERVICING      NOTICE ONLY   NOT FILED                       .00           .00
SAMS CLUB                 UNSECURED     NOT FILED                       .00           .00
SAMS CLUB                 UNSECURED     NOT FILED                       .00           .00
VILLAGE OF PARK FOREST    UNSECURED     NOT FILED                       .00           .00
VILLAGE OF PARK FOREST    NOTICE ONLY   NOT FILED                       .00           .00
WASHINGTON MUTUAL CARD S  UNSECURED     NOT FILED                       .00           .00
CHRYSLER FINANCIAL        NOTICE ONLY   NOT FILED                       .00           .00
INDYMAC BANK              SECURED NOT I  11103.84                       .00           .00
CODILIS & ASSOCIATES      NOTICE ONLY   NOT FILED                       .00           .00
WASHINGTON MUTUAL BANK    SECURED NOT I   6902.32                       .00           .00
MELVIN J KAPLAN           DEBTOR ATTY         .00                                     .00
TOM VAUGHN                TRUSTEE                                                     .00
DEBTOR REFUND             REFUND                                                      .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                         .00                    .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 09/25/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 08 B 10270 ELLIOT AUSTIN & DONNA LATRICE SMITH