```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 10270
    ELLIOT AUSTIN
    DONNA LATRICE SMITH                        CHAPTER 13

                                               JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-7661      SSN XXX-XX-9578
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/24/08 .

2. The case was dismissed without confirmation, 09/12/2008.

3. The Debtor paid a total of $    343.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ANN MEDICAL CENTER SC | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED LAB PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| TRANS WORLD SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| MILES SQUARE HEALTH CENT | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |

```
SAMS CLUB                        UNSECURED        NOT FILED              .00          .00
VILLAGE OF PARK FOREST           UNSECURED        NOT FILED              .00          .00
WASHINGTON MUTUAL CARD S         UNSECURED        NOT FILED              .00          .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00          .00
PRINCIPAL PAID          .00          .00          .00          .00          .00
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID              .00          .00          .00          .00          .00
```

The Debtor's attorney, MELVIN J KAPLAN                    , was allowed $   3500.00
and was paid $    1000.00  direct and $     323.10  through the plan.

The Trustee received $       19.90 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE